ST. LAWRENCE WHOLESALE GROCERY CO. *v.* HOBSON. ,

*(Supreme Court, General Term, Third Department.* November 22, 1892.)

CHANGE OF VENUE.

     An order changing the place of trial will not be disturbed on appeal where it does not appear that the special term abused its discretion in making it.

Appeal from special term, New York county.

Action by the St. Lawrence Wholesale Grocery Company against Howard H. Hobson. From an order of the special term granting defendant's motion on affidavits for a change of the place of trial for the convenience of witnesses, plaintiff appeals. Affirmed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

*G. S. Dorwin,* for appellant. *McClary & Paddock,* (*F. G. Paddock,* of counsel,) for respondent.

HERRICK, J. This is an appeal from an order changing the place of trial. I can see no reason for an opinion. I do not see that the special term abused its discretion. I very much doubt if I should not have made the order if I had been holding the special term; and when I cannot clearly see that the special term erred, I think the order should be affirmed, with costs. All concur.